KOLENICH ET AL., APPELLANTS, *v.* LIMBACHER PAINT
AND COLOR WORKS, INC. ET AL., APPELLEES.

[Cite as *Kolenich v. Limbacher Paint & Color
Works, Inc.* (1991), 62 Ohio St.3d 1203.]

(No. 90–1668—Submitted October 9, 1991—Decided November 13, 1991.)

*Thomas & Boles, Stephen G. Thomas* and *John P. Tremsyn,* for appellants.

*McNeal, Schick, Archibald & Biro Co., L.P.A.,* and *Thomas Schick,* for appellees Limbacher Paint and Color Works, Inc., BASF Corporation and BASF North America.

*Quandt, Giffels, Buck & Rodgers Co., L.P.A., Walter A. Rodgers* and *James E. Powell,* for appellee Earl Scheib, Inc.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion, 1990 WL 93190, not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

1204

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents.

DOUGLAS, J., dissenting. The case having been decided on summary judgment and there being genuine issues of material fact, I would reverse the judgment of the court of appeals.